UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARVEY DEANDRE MCDANIELS,<br><br>　　　　　Petitioner,<br>　v.<br>NDOC WARDEN GITTERE, et al.,<br><br>　　　　　Respondents. | Case No. 3:21-cv-00005-MMD-WGC<br><br>ORDER |

　　　On June 10, 2021, Respondents filed an answer to Petitioner Harvey DeAndre McDaniels' *pro se* 28 U.S.C. § 2254 petition. (ECF No. 16.) The answer was sent to McDaniels' address of record at Ely State Prison ("ESP"). ESP personnel indicated that McDaniels is not currently in ESP custody but has been transferred to Warm Springs Correctional Center ("WSCC").

　　　It is therefore ordered that the Clerk of Court send a courtesy copy of the answer (ECF No. 16) to McDaniels at WSCC.

　　　It is further ordered that McDaniels update his address of record within 14 days of the date of this Order.

　　　DATED THIS 14th Day of June 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT