UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARVEY DEANDRE MCDANIELS,<br><br>Petitioner,<br>v.<br><br>NDOC WARDEN GITTERE, *et al*.,<br><br>Respondents. | Case No. 3:21-cv-00005-MMD-WGC<br><br>ORDER |

On June 10, 2021, Respondents filed an answer to Petitioner Harvey DeAndre McDaniels' *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 16.) The answer was sent to McDaniels' address of record at Ely State Prison (ESP). On October 6, 2021, McDaniels filed a notice of change of address indicating that he is currently at Northern Nevada Correctional Center (NNCC). (ECF No. 29.)

The Clerk of Court is directed to send a courtesy copy of the answer (ECF No. 16) to McDaniels at NNCC.

It is further ordered that McDaniels has 30 days from the date this order is entered to file a reply to the answer. (ECF No. 16.)

It is further ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 15) is granted *nunc pro tunc*.

It is further ordered that Respondents' motion for leave to file McDaniels' presentence investigation report under seal (ECF No. 20) is granted.

DATED THIS 9th Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE